

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00584-CV

**IN RE TRANSAMERICA LIFE INSURANCE COMPANY**

Original Proceeding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                   Rebeca C. Martinez, Justice
                   Luz Elena D. Chapa, Justice

Delivered and Filed:  September 23, 2015

PETITION FOR WRIT OF PROHIBITION DENIED

On September 17, 2015, relator Transamerica Life Insurance Company filed a petition for writ of prohibition and a motion for temporary emergency relief seeking to stay further proceedings in the underlying suit. The court has considered the petition for writ of prohibition and is of the opinion that relator is not entitled to the relief sought. A writ of prohibition is typically used to prohibit an unlawful interference with or enforcement of a superior court's orders or judgments. *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 683 (Tex. 1989). Relator seeks a writ of prohibition in this proceeding to prevent enforcement of an existing final district court judgment. A writ of prohibition is an extraordinary writ, available only for grievances that may

---

[1] This proceeding arises out of Cause No. 15-01-0043-CVA, styled *J.G. Wentworth Originations, LLC v. Annuitant J. LeRoy*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.

not be addressed by other legal remedies. *Id.* at 684. Accordingly, the petition for writ of prohibition and the motion for temporary emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM